**Sheehan & Associates, P.C.**  505 Northern Blvd Ste 311, Great Neck NY 11021-5101
spencer@spencersheehan.com                    tel. 516.303.0552      fax 516.234.7800

March 12, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

District Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:  1:20-cv-01084-VEC
     Hamilton v. Orgain, Inc.

Dear District Judge Caproni:

     This office represents the plaintiff. In accordance with your Honor's Individual Practices in Civil Cases, plaintiff and defendant request an adjournment of the Initial Conference until Thursday, May 14, 2020.

     The original date for the Initial Conference is Friday, March 20, 2020 and the submission of the joint letter is to be filed no later than Thursday, March 12, 2020. There have been no previous requests for adjournment of this date. No previous request was granted or denied. The reason for this request is because the parties are in negotiation for defendant to accept formal service of process. Plaintiff anticipates defendant will execute a waiver of service within the next two to three weeks.

     Plaintiff requests an adjournment of at least forty-five (45) days so that defendant can sign and return the waiver of service, evaluate the case and discuss it with the undersigned in advance of the date by which defendant's answer or response to the complaint is due. The requested adjournment will permit the parties to consider defendant's possible responsive pleading or answer, an amended complaint by defendant or a resolution of this action based on good faith negotiations. This request is submitted at least 48 hours prior to the date of the conference. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

Application DENIED.

The Court notes that the parties may participate in the IPTC via teleconference, but they must notify the Court no later than March 18, 2020, if they wish to do so.

SO ORDERED.

*[signature]* 3/13/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I certify that on March 12, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan