UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
HERBIE HAMILTON, INDIVIDUALLY AND          :
ON BEHALF OF ALL OTHERS SIMILARLY          :
SITUATED,                                  :
                                           :
                            Plaintiff,     :       20-cv-1084(VEC)
                                           :
              -against-                    :          ORDER
                                           :
ORGAIN, INC.,                              :
                                           :
                            Defendant.     :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the conference schedule for March 20, 2020, is adjourned to **April 17, 2020, at 10:00 a.m.** The parties' preconference submissions are due no later than **April 9, 2020**.

**SO ORDERED.**

Date: March 17, 2020
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**