Sheehan & Associates, P.C.        505 Northern Blvd Ste 311, Great Neck NY 11021-5101
spencer@spencersheehan.com        tel. 516.303.0552     fax 516.234.7800

May 14, 2020

District Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

            Re:   1:20-cv-01084-VEC
                  Hamilton v. Orgain, Inc.

Dear District Judge Caproni:

     This office represents the plaintiff. In accordance with your Honor's Individual Rules of Practice in Civil Cases, the parties submit this joint letter to update the Court regarding settlement negotiations.

     The parties have exchanged settlement offers. The parties are in the process of exchanging and providing discovery requests. Negotiations continue in good faith in anticipation of defendant's submission of a motion to dismiss, which is due to this Court no later than June 8, 2020. Thank you.

                                       Respectfully submitted,

                                       /s/Spencer Sheehan
                                       Spencer Sheehan

## Certificate of Service

I certify that on May 14, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan