United States District Court
Southern District of New York                    1:20-cv-01084-VEC

---

Herbie Hamilton, individually and on behalf
of all others similarly situated,

                    Plaintiff,

      - against -                              Notice of Voluntary Dismissal

Orgain, Inc.,

                 Defendant

---

      Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   October 28, 2020

                                  Respectfully submitted,

                                  Sheehan & Associates, P.C.

                                /s/Spencer Sheehan

                                Spencer Sheehan
                                60 Cuttermill Rd Ste 409
                                Great Neck NY 11021-3104
                                Tel: (516) 268-7080
                                Fax: (516) 234-7800
                                spencer@spencersheehan.com
                                E.D.N.Y. # SS-8533
                                S.D.N.Y. # SS-2056

1:20-cv-01084-VEC
United States District Court
Southern District of New York

Herbie Hamilton, individually and on behalf of all others similarly situated,

                              Plaintiff,


              - against -


 Orgain, Inc.,

                              Defendant


## Notice of Voluntary Dismissal


Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800


Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  October 28, 2020

                                        /s/ Spencer Sheehan
                                        Spencer Sheehan

Certificate of Service

I certify that on October 28, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan